# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Carol Lewis, et al.

v. Xavier Becerra

**Case No:** 23-5152

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ⬤ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ⬤ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Xavier Becerra

### Counsel Information

Lead Counsel: Joshua M. Koppel

Direct Phone: (202) 514-4820  Fax: (___) ___-____  Email: joshua.m.koppel@usdoj.gov

2nd Counsel: Abby C. Wright

Direct Phone: (202) 514-0664  Fax: (___) ___-____  Email: abby.wright@usdoj.gov

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave. NW, Room 7212, Washington, DC 20530

Firm Phone: (202) 514-4820  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)