**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CAROL A. LEWIS, et al.,

    Plaintiffs-Appellants,

v.

XAVIER BECERRA,

    Defendant-Appellee.

No. 23-5152

---

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

**A. Parties and Amici.** Plaintiffs-appellants are Carol A. Lewis and Douglas B. Sargent. Defendant-appellee is Xavier Becerra, Secretary of Health and Human Services. Alex M. Azar, II was previously a defendant in his capacity as Secretary of Health and Human Services.

No other parties, intervenors, or amici curiae appeared before the district court or have entered appearances before this Court.

**B. Rulings Under Review.** Plaintiff appeals from the order (Dkt. 115) and opinion (Dkt. 114) of the district court (Walton, J.) issued

on April 28, 2022, denying plaintiff's motion for class certification and the order (Dkt. 129) and opinion (Dkt. 128) of the district court issued on June 8, 2023, entering partial judgment in plaintiffs' favor and dismissing the remaining causes of action. The district court's opinions are not reported in the Federal Supplement but are available on Westlaw at 2022 WL 1262122 and 2023 WL 3884595.

**C. Related Cases.** This case was previously before the Court in *Lewis v. Becerra*, No. 22-5048. The Court granted plaintiffs' unopposed motion to withdraw that appeal on April 25, 2022.

Defendant-appellee is not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

    Respectfully submitted,

    ABBY C. WRIGHT
     (202) 514-0664

    s/ *Joshua M. Koppel*
    JOSHUA M. KOPPEL
     (202) 514-4820
    Attorneys
    Civil Division, Appellate Staff
    U.S. Department of Justice
    950 Pennsylvania Ave., N.W., Rm. 7212
    Washington, D.C. 20530

July 2023