[ORAL ARGUMENT NOT SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CAROL A. LEWIS, *et al.*,

    Plaintiffs-Appellants,

        v.        Case No. 23-5152

Xavier Becerra,

    Defendant-Appellee.

---

## PLAINTIFFS-APPELLANTS CAROL LEWIS AND DOUGLAS SARGENT'S STATEMENT OF ISSUES TO BE RAISED ON APPEAL

Plaintiffs-Appellants Carol Lewis and Douglas Sargent (hereinafter, "Plaintiffs") submit this following non-binding statement of issues to be raised on appeal, pursuant to the Court's Order entered on July 7, 2023.

This case concerns the Secretary's denial of Medicare coverage for continuous glucose monitors (CGMs) used by Type I diabetics to control their diabetes. Based, in part, on a ruling issued without complying with the requisite notice and comment provisions of the Medicare Act, the Secretary has denied hundreds of thousands of CGM claims submitted by more than 80,000 people on the grounds that a CGM is not "primarily and customarily used to serve a medical

1

purpose."

Plaintiffs intend to present the following issues on appeal:

1. Whether, given the evidentiary record supporting class certification under Federal Rule of Civil Procedure 23, the District Court erred in denying class certification, including, but not limited to, by issuing an advisory opinion and deciding the alleged merits of unpled, affirmative defenses against the absent class members.

2. Whether the District Court erred in dismissing Plaintiffs' remaining causes of action and requests for relief as moot, despite the ongoing risk of future adverse orders from the Secretary impacting Plaintiffs' coverage and the fact that no class has been certified and no relief has been obtained for the putative class.

August 7, 2023						Respectfully submitted,

/s/ *David B. Goroff*
David B. Goroff

**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-4500
dgoroff@foley.com

Michael D. Leffel
150 E Gilman Street, Suite 5000
Madison, WI 53703
(608) 257-5035
mleffel@foley.com

Jenlain A.C. Scott
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4001
jcscott@foley.com

James Pistorino
**PARRISH LAW OFFICES**
788 Washington Road
Pittsburg, PA 15228
Telephone: (412) 561-6250
Facsimile: (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of August, 2023, the foregoing has been served through the Court's electronic filing system.

/s/ *Jenlain A.C. Scott*
Jenlain A.C. Scott

4863-3246-1427.2