**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAROL A. LEWIS, et al.,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>    Defendant-Appellee. | No. 23-5152 |

**Defendant's Unopposed Motion For An Extension Of Time To File A Response Brief**

Pursuant to D.C. Circuit Rule 28(e), the government moves to extend the time to file its response brief in this case to January 22, 2024. Plaintiffs do not oppose the government's request provided that the remainder of the briefing schedule be extended accordingly.

1. Plaintiffs in this case seek to represent a class of individuals whose Medicare claims for coverage of continuous-glucose-monitor supplies were denied. The district court denied plaintiffs' motion to

1

certify a class action, entered partial judgment in plaintiffs' favor, and dismissed the remaining claims as moot.

2. Plaintiffs filed a notice of appeal on July 5, 2023. Plaintiffs' opening brief was filed on November 22, 2023. Defendant's response brief is currently due on December 22, 2023.

3. Counsel requires an extension of time to file the government's response brief because of pre-existing vacation plans and briefing schedules in other cases. In particular, undersigned counsel was on leave for several days around the Thanksgiving holiday and has planned leave at the end of the year to coincide with schools' winter break. In addition, undersigned counsel has response briefs due on December 21, 2023, in *HMTX Industries, LLC v. United States*, No. 23-1891 (Fed. Cir.), and on January 25, 2024, (recently extended from December 26, 2023, at the request of another party) in *Texas v. United States*, No. 23-40653 (5th Cir.). Undersigned counsel will also be preparing for an oral argument in *Olsen v. Becerra*, No. 23-35052 (9th Cir.), scheduled for January 9, 2024.

4. Counsel for plaintiffs has informed the government that plaintiffs do not oppose this request.

Respectfully submitted,

ABBY C. WRIGHT

 /s/ *Joshua M. Koppel*
JOSHUA M. KOPPEL
(202) 514-4820
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7212
  Washington, D.C. 20530

DECEMBER 2023

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 260 words, according to the count of Microsoft Word.

/s/ *Joshua M. Koppel*
Joshua M. Koppel