# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 23-5152 September Term, 2024

1:18-cv-02929-RBW

**Filed On:** September 13, 2024

Carol A. Lewis and Douglas B. Sargent, on behalf of themselves and all others similarly situated,

      Appellants

      v.

Xavier Becerra, in his capacity as Secretary of the United States Department of Health and Human Services,

      Appellee

**BEFORE:** Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file a petition for rehearing or rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due on October 16, 2024.

### Per Curiam

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                BY:   /s/
                          Daniel J. Reidy
                          Deputy Clerk