**[ORAL ARGUMENT HELD MAY 7, 2024]**

IN THE U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAROL A. LEWIS, et al., | No. 23-5152 |
| Plaintiffs-Appellants, | |
| v. | |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, | |
| Defendant-Appellee. | |

**Defendant's Unopposed Motion For An Extension Of Time To File A Response To Plaintiffs' Petition For Rehearing En Banc**

Pursuant to D.C. Circuit Rule 27(g), the government respectfully requests a 21-day extension of time, to and including November 27, 2024, to file its response to plaintiffs' petition for rehearing en banc. Plaintiffs do not oppose the government's request.

1. On August 2, 2024, the panel issued an opinion and judgment dismissing this appeal for lack of jurisdiction. Plaintiffs' petition for rehearing and rehearing en banc was initially due on September 16, 2024. The Court granted plaintiffs a 30-day extension, and their

1

petition was filed on October 16, 2024. On October 22, 2024, the Court ordered defendant to file a response to the petition for rehearing en banc by November 6, 2024.

    2. Counsel for defendant requires an extension of time to file the government's response because of pre-existing vacation plans and briefing schedules in other cases. In particular, undersigned counsel had pre-planned leave on October 17-18 and October 24-25 for religious holidays, and November 6-12 for a family wedding. In addition, counsel has a response brief due on November 6, 2024, in *Knapp v. Wormuth*, No. 24-1662 (4th Cir.), and a response brief due on November 18, 2024, in *Martin v. FBI*, No. 24-5144 (D.C. Cir.) (extension motion pending).

    3. Counsel for plaintiffs has informed the government that plaintiffs do not oppose this request.

          Respectfully submitted,

          ABBY C. WRIGHT

         /s/ *Joshua M. Koppel*
          JOSHUA M. KOPPEL
          (202) 514-4820
            Attorneys, Appellate Staff
            Civil Division
            U.S. Department of Justice
            950 Pennsylvania Ave., N.W.
            Room 7212
            Washington, D.C. 20530

OCTOBER 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 215 words, according to the count of Microsoft Word.

/s/ *Joshua M. Koppel*
Joshua M. Koppel